U.S. Department of Justice
*United States Attorneys*

FILED BY_____D.C.

JUN 0 7 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# United States District Court
# for the Southern District of Florida

NO. 22-60123-CR-SMITH

**UNITED STATES OF AMERICA**

v.

Curtis Lee Slade,            /

Inmate Name: Curtis Lee Slade

Inmate #: BSO #: 802200371

## PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A **(n) Indictment** is pending in this Court against **Curtis Lee Slade** the above styled case, and it is set for as to the defendant on **June 17, 2022,** at **United States District Courthouse, 299 East Broward Blvd., Fort Lauderdale, FL**

2. The defendant is now confined in the **BROWARD COUNTY MAIN JAIN** at **555 SE 1st Ave. Ft. Lauderdale, FL 33301**

3. It is necessary to have the defendant before this Court for a **(n) Initial Appearance** as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said **Curtis Lee Slade** and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *[signature]*
JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. Attorney (AUSA **James M. Ustynoski** )