UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60123-CR-SMITH/VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CURTIS SLADE,

    Defendant.

_____/

**ORDER**

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Order Mr. Curtis Slade to Self-Surrender on August 30, 2022, and the Court having reviewed the record and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to is hereby Granted. Mr. Slade must surrender on August 30, 2022 on or before 10:00 a.m. at the Fort Lauderdale Federal Courthouse. Pre-trial release will be rescinded at that time.

DONE AND ORDERED at Fort Lauderdale, Florida this 29th day of August 2022.

_____
HONORABLE RODNEY SMITH
United States District Court Judge

cc:    Allari Dominguez, AFPD
       James Ustynoski, AUSA